

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2015

No. 04-14-00374-CR

Luis Arnaldo **BAEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to June 17, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Nathan Morey                          Jorge G. Aristotelidis
        101 West Nueva, 3rd Floor, Suite 370   Aristotelidis & Moore
        San Antonio, TX 78205                  310 S. St. Mary's St. #1830
                                               San Antonio, TX 78205